**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CASE NO.: 5:10-CR-161-BO-2**


| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| | ) | |
| | ) | **REASSIGNMENT ORDER** |
| **vs.** | ) | |
| | ) | |
| **Chad Bernard Cummings** | ) | |


At the direction of the Court and for the continued efficient administration of justice, the above captioned Defendant, Chad Bernard Cummings, is  hereby reassigned to the Honorable James C. Fox, Senior U.S. District Judge to conduct all proceedings in this matter.  All future pleadings should reflect the revised case number **5:10-CR-161-F-2.**


SO ORDERED, this the 3rd day of October, 2011.


_____/s/ Dennis P. Iavarone
Clerk of Court
